JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SLATER,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et. al.<br>Defendants. | Case No.: 8:22-cv-00373-JLS-DFM<br><br>**ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC AND ENTIRE ACTION WITH PREJUDICE (Doc. 32)** |

Pursuant to the stipulation of the Parties, Equifax Information Services, LLC is DISMISSED with prejudice and each party shall bear its own attorneys' fees and costs. Each defendant having now been dismissed, this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 1, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE